AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| DEANTHONY DEWBERRY | ) | 3:24-mj-689 |
| Defendant(s) | ) | |

FILED
RICHARD W. NAGEL
CLERK OF COURT
11/8/24

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 6, 2024** in the county of **Montgomery** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) & 924(a)(8) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.

_Robert M. Buzzard_
Complainant's signature

Special Agent FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/8/24

City and state: Dayton, Ohio

Peter B. Silvain, Jr.
United States Magistrate Judge

## SUPPORTING AFFIDAVIT

Your Affiant, Robert M. Buzzard, being duly sworn, does hereby depose and state as follows:

### INTRODUCTION

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since January of 2002. I am currently assigned to the Cincinnati Division, Dayton Resident Agency. As such, I am charged with investigating crimes against the United States of America, including but not limited to violations of Title 18 and Title 21 of the United States Code (U.S.C.). I have received training in drug trafficking investigations and participated in numerous narcotics and firearms-related investigations (ultimately leading to successful prosecution) that involved surveillance, the execution of search warrants, gathering evidence of money laundering, interviewing suspected drug traffickers, and supervising the activities of informants who provided information and assistance which resulted in the seizure of narcotics and firearms. I am aware of federal firearm laws and know that possessing a firearm by a convicted felon is a violation of Title 18 U.S.C. Sections 922(g)(1).

### PURPOSE OF AFFIDAVIT

2. This Affidavit is submitted in support of a criminal complaint and seeks the issuance of an arrest warrant against DEANDRE CHATTAMS and DEANTHONY DEWBERRY (hereinafter CHATTAMS and DEWBERRY) for possession of a firearm by a convicted felon in violation of Title 18, U.S.C., Sections 922(g)(1) and 924(a)(8). The information contained in this Affidavit is largely based upon an investigation conducted by myself and other law enforcement officers. I have not included in this Affidavit all the facts known to me, but only that information sufficient to establish probable cause to believe that on November 6, 2024 (in the Southern District

of Ohio), CHATTAMS and DEWBERRY committed a violation of Title 18, U.S.C., Sections 922(g)(1) and 924(a)(8), that being possession of a firearm by a convicted felon.

## SUMMARY OF PROBABLE CAUSE

3. Beginning in or about April 2023, members of the Dayton Police Department and FBI Southern Ohio Safe Streets Task Force (collectively referred to as "task force members") began investigating CHATTAMS and DEWBERRY for drug trafficking offenses. During the investigation, task force members conducted surveillance, interviewed Confidential Informants, executed multiple search warrants, and reviewed evidence collected during the execution of those warrants, and conducted controlled drug purchases from locations associated with CHATTAMS and DEWBERRY.

4. More specifically, in April 2024, task force members received information from a reliable Confidential Informant indicating CHATTAMS and DEWBERRY were selling narcotics and frequenting a building located at 1319 W. Stewart St., Dayton, Ohio. The building at 1319 W. Stewart St. appeared to be a mechanic garage surrounded by a tall chain link privacy fence. Task force members conducted surveillance at 1319 W. Stewart St. on multiple occasions between April 2024 and the beginning of November 2024, and observed CHATTAMS and DEWBERRY coming and going from the property. Additionally, task force members learned CHATTAMS reported 1319 W. Stewart St., Dayton, Ohio as his address on his current Ohio driver's license.

5. On November 4, 2024, Dayton Police Narcotics Bureau Detective Vince Carter obtained a search warrant for 1319 W. Stewart St., Dayton, Ohio. The search warrant was authorized by the Honorable Christopher D. Roberts, Dayton Municipal Court Judge, and allowed for the search of 1319 W. Stewart St. and surrounding curtilage for evidence associated with drug offenses.

6. On November 6, 2024, members of the Dayton Police Department and Montgomery County Sheriff's Office executed the search warrant at 1319 W. Stewart St. and detained CHATTAMS and DEWBERRY who were both present on the property. During their detention, CHATTAMS was found to be in possession of a loaded Sig Sauer, model P365, 9mm semi-automatic handgun, serial number 66B209396, in his pants pocket. DEWBERRY was found to be in possession of a loaded Glock, model 27, .40 caliber semi-automatic handgun, serial number BTSS039, on his person. A law enforcement database check listed the Sig Sauer handgun possessed by CHATTAMS as stolen.

7. During a subsequent search of 1319 W. Stewart St., officers located and seized large quantities of suspected narcotics as well as additional firearms. CHATTAMS and DEWBERRY were placed under arrest and transported to the Dayton Police Department Safety Building to be interviewed and processed. Affiant and Detective Vince Carter advised CHATTAMS of his *Miranda* Rights, which he waived and agreed to answer questions without an attorney present. CHATTAMS admitted to possessing the referenced Sig Sauer semi-automatic handgun at 1319 W. Stewart St. and claimed other firearms found at the location belonged to him. CHATTAMS indicated he always carries a firearm despite being a convicted felon and knowing he is not allowed under law to possess one. CHATTAMS advised that once released from custody, he will acquire another firearm.

8. A review of CHATTAMS' criminal history showed he was convicted of Felonious Assault in Montgomery County Ohio Common Pleas Court case number 2006CR05455/1 and sentenced to four years incarceration. Additionally, CHATTAMS was convicted of Possession of Heroin, Possession of Cocaine, Carrying Concealed Weapons, and Having Weapons While Under Disability in Montgomery County Ohio Common Pleas Court case number 2013CR01400 and sentenced to five years incarceration. Given the length of time that he served on his state cases,

CHATTAMS knew that he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

9. A review of DEWBERRY'S criminal history showed he was convicted of Possession with Intent to Distribute Heroin in U.S. District Court, Southern District of Ohio, Case Number 3:14CR154 and was sentenced to 37 months incarceration. Given the length of time that he served on his federal case, DEWBERRY knew that he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

10. Affiant consulted with ATF Special Agent Christopher Reed regarding the Glock and Sig Sauer semi-automatic handguns possessed by CHATTAMS and DEWBERRY. Special Agent Reed advised the firearms were manufactured outside the State of Ohio and thus moved in interstate commerce to reach this state. Additionally, Affiant inspected the Glock and Sig Sauer semi-automatic handguns and noted they appeared to be in good working condition and operable.

## CONCLUSION

11. Based on the facts set forth in the Affidavit, there is probable cause to believe that on November 6, 2024 (in the Southern District of Ohio), CHATTAMS and DEWBERRY committed a violation of Title 18, U.S.C., Sections 922(g)(1) and 924(a)(8), that being possession of a firearm by a convicted felon.

_Robert M. Buzzard_
Robert M. Buzzard
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 8th day of November, 2024.

Peter B. Silvain, Jr.
United States Magistrate Judge

4